

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00155-CR

JUSTIN EUGENE CLARK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th District Court
Dallas County, Texas
Trial Court No. F-1261948-Q

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Justin Eugene Clark appeals his conviction for unauthorized use of a motor vehicle in Dallas County[1] and sentence of two years' confinement. In a companion case, also decided today, Clark has appealed a related conviction for aggravated robbery, accompanied by an affirmative deadly-weapon finding, and his sentence of ten years' imprisonment. In the two companion appeals, Clark has filed a combined brief, in which he raises a single issue challenging the sufficiency of the evidence that he used or exhibited a deadly weapon, a finding made in the aggravated robbery appeal.

We addressed his sole issue in detail in our opinion of this date in cause number 06-13-00156-CR. The judgment in this case, convicting Clark simply of unauthorized use of a motor vehicle, does not contain a deadly-weapon finding. Since this case does not contain a deadly-weapon finding, Clark's sole issue in this case has not demonstrated reversible error.[2]

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* Tex. Gov't CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this court on any relevant issue. *See* TEX. R. APP. P. 41.3.

[2]Clark's appellate attorney provided an extensive and zealous defense in the companion case. In this case, there is no *Anders* brief or a motion to withdraw. Out of an abundance of caution, however, we have independently reviewed the entire record and find no genuinely arguable issue for the appeal in this case. *See Halbert v. Michigan*, 545 U.S. 605, 623 (2005); *Anders v. California*, 386 U.S. 738, 743–44 (1967).

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted: May 8, 2014
Date Decided: May 21, 2014

Do Not Publish